IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 17-00240-CG |
| | ) | |
| KELVIN ROY MONTGOMERY, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

Upon due consideration of the Defendant's Motion to Dismiss (Doc. 13), and the Government's response (Doc. 23), the Court finds the motion to dismiss is well taken. Accordingly, the Indictment filed against Kelvin Roy Montgomery on October 26, 2017 is hereby **DISMISSED without prejudice**.[1]

The writ issued on October 31, 2017 (Doc. 4) is rescinded, the Defendant is released from the federal detainer, and is to be returned to state custody.

**DONE and ORDERED** this 5th day of December, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] In light of the foregoing, the Defendant's motion to suppress (Doc. 15) is MOOT.